**Entered on Docket
September 28, 2010**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 10-52990 |
| Susan Gross, | |
|         Debtor. | |
| _____/ | |
| Susan Gross, | Adv. No. 10-5101 |
|         Plaintiff. | |
|   v. | |
| National Default Servicing, | |
|         Defendant. | |
| _____/ | |

**Minute Order**

    Upon review of the Petition for Temporary Injunction filed September 27, 2010, the Court finds there is insufficient legal and factual basis for Plaintiff's request. Plaintiff's Petition for Temporary Injunction is Denied. The docket indicates the automatic stay remains in place.

\# \# \#