#10-52990

# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

RECEIVED AND FILED
2010 OCT 13 AM 10:47
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Bankruptcy Case Number 10-52990-gwz
Adversary Case Number 10-05101-gwz

In re:
  SUSAN MARIE GROSS,
                              Debtor(s)

  SUSAN MARIE GROSS, et al
                              Plaintiff(s)

  NATIONAL DEFAULT SERVICING
  CORPORATION, et al
                              Defendant(s)

Hearing Date: 1/19/2011
Hearing Time: 9:00 AM

I, __Darren Mays__ (name), certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __10/07/2010__ (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at: 2525 E Camelback Rd., Suite 300, Phoenix AZ 85016

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☒ State Law: The defendant was served pursuant to the laws of the State of __Arizona__ (name of state), as follows: (Describe briefly) Served to: MICHAEL BOSCO as Statutory Agent for National Default Servicing Corporation.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 10/07/2010    Signature: _____

Print Name: Darren Mays
Business Address:
Arizona Quick Serve
9393 N. 90th St. Ste. 121
Scottsdale, AZ 85258-5042